NUMBER 13-03-690-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

MARIA I. PEREZ, INDIVIDUALLY AND
D/B/A ISPE PRODUCE,                                                      Appellant,

v.

RAFAEL SANCHEZ AND MARIA CECILIA SANCHEZ,            Appellees.
___________________________________________________________________

On appeal from County Court at Law No. 1 of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, MARIA I. PEREZ, INDIVIDUALLY AND D/B/A ISPE PRODUCE,
perfected an appeal from a judgment entered by County Court at Law No. 1 of Hidalgo
County, Texas, in cause number CL-42,401-A. After the record and briefs were 
filed, the parties filed a joint motion to dismiss the appeal and to reverse and remand
the matter to the trial court. In the motion, the parties state that they have reached
an agreement to settle and compromise their differences. The parties request that this
Court dismiss the appeal. The parties further request that the Court set aside the trial
court’s judgment without regard to the merits of this matter and remand this case to
the trial court for rendition of judgment in accordance with the settlement reached
between the parties. The parties agree that costs on appeal should be taxed against
the party incurring same.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint
motion is granted. The judgment of the trial court is REVERSED and the cause is
REMANDED to the trial court in accordance with the parties’ settlement agreement. 
 
                                                      PER CURIAM
 
Memorandum opinion delivered and
filed this the 17th day of June, 2004.